# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:07-CR-00145-KJD-PAL |
| v. | **ORDER** |
| KENNETH RUSSELL KRUM, | |
| Defendant. | |

Presently before the Court are Defendant's Motions to Withdraw Motion to Appoint Counsel (#1489) and Motion to Appoint Counsel (#1488).

The Court has reviewed the documents and pleadings on file in this matter and finds that Defendant's Motion for an Extension of Time to File a Petition for Panel Rehearing and Rehearing En Banc and Stay of Mandate was granted by the United States Court of Appeals for the Ninth Circuit. United States v. Krum, No. 10-10000 (9th Cir. Filed Nov. 16, 2015), CR # 125.  As a result of the pending appellate matter, the Motion to Appoint Counsel (#1488) is premature.  The Court finds good cause to grant the Motion to Withdraw Motion to Appoint Counsel.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Withdraw Motion to Appoint Counsel (#1489) is **GRANTED**;

IT IS FURTHER ORDERED that Defendant's Motion to Appoint Counsel (#1488) is **DENIED** as moot.

DATED this 23rd day of March 2016.

Kent J. Dawson
United States District Judge